Entered: January 26th, 2026
Signed: January 26th, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **26–10794 – MCR**   Chapter: **13**

**Dalton Darion Graham**
Debtor

## ORDER DISMISSING CASE
## OF INELIGIBLE DEBTOR

It appears that a previous case filed by Debtor in this Court, Case No. 25–18860, was dismissed under 11 U.S.C. § 109(g) within 180 days of the date of the filing of the petition in this case. Consequently, under 11 U.S.C. § 109(g), the Debtor is not eligible for relief under Title 11 in this case. Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned case under Title 11 (U.S.C.) is dismissed, effective as of the filing of the petition.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Rebecca A. Herr

**End of Order**

15x01 (rev. 07/12/1999) – ChristopherAdams